## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Mutaz MUHAMMAD SAID,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IM-MIGRATION SERVICES; ALEJANDRO MAYORKAS, Secretary of Homeland Security; TRACY RENAUD, Acting Director of U.S. Citizenship and Immigration Services; ANDREW LAMBRECHT, Director of U.S. Citizenship and Immigration Services' Denver Field Office; and CHRIS-TOPHER WRAY, Director of the Federal Bureau of Investigation, in their official capacities,<br><br>*Defendants*.[1] | Civil Action No. 1:20-cv-02316-CMA-NYW |

## **STATUS REPORT**

Pursuant to this Court's December 14, 2020 Order Adopting and Affirming November 3, 2020 Recommendation of United States Magistrate Judge (ECF No. 25), Defendants the U.S. Department of Homeland Security (DHS); U.S. Citizenship and Immigration Services (USCIS); Alejandro Mayorkas, Secretary of Homeland Security; Tracey Renaud, Acting USCIS Director; Andrew Lambrecht, Director of USCIS's Denver Field Office; and Christopher Wray, Director of the Federal Bureau of Investigation (FBI), in their official

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Tracy Renaud and Andrew Lambrecht, in their official capacities, are automatically substituted as Defendants for their predecessors in office.

capacities (collectively, Defendants or the government), respectfully submit this status report regarding the status of Plaintiff Mutaz Muhammad Said's N-400, Application for Naturalization. The government represents that on April 14, 2021, USCIS approved Mr. Said's naturalization application. On April 14, 2021, USCIS issued Mr. Said a Form N-445, Notice of Naturalization Oath Ceremony, that directs him to appear at a Naturalization Oath Ceremony to complete the naturalization process. *See* Ex. 1, N-445, Notice of Naturalization Oath Ceremony (Apr. 14, 2021).

On April 14, 2021, Plaintiff confirmed that he will voluntarily dismiss this action within the next several days in light of USCIS's approval of Mr. Said's naturalization application. *See* Decl. of Alexander J. Halaska ¶ 2 (Apr. 14, 2021) (filed concurrently).

//

DATED: April 14, 2021                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Acting Assistant Attorney General

                                         WILLIAM C. PEACHEY
                                         Director

                                         YAMILETH G. DAVILA
                                         Assistant Director

                                         MICHAEL A. CELONE
                                         Senior Litigation Counsel

                                         */s/ Alexander J. Halaska*
                                         ALEXANDER J. HALASKA
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, D.C. 20044
                                         Tel: (202) 307-8704 | Fax: (202) 305-7000
                                         alexander.j.halaska@usdoj.gov

                                         *Counsel for Defendants*

## CERTIFICATE OF SERVICE

*Said v. U.S. Dep't of Homeland Security*, No. 1:20-cv-02316-CMA-NYW (D. Colo.)

I hereby certify that I served this document and its attachments on the Court and all parties by filing them with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to these documents to all counsel of record.

DATED: April 14, 2021                    Respectfully submitted,

*/s/ Alexander J. Halaska*
ALEXANDER J. HALASKA
Trial Attorney
U.S. Department of Justice